# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS                    , | Case No. C 19-06314-DMR |
|             Plaintiff(s) | |
| v. | NOTICE OF SETTLEMENT OF ADA ACCESS CASE |
| BGD CORP., et al.                    , | (ADA ACCESS CASES) |
|            Defendant(s) | |

The parties have reached an agreement in principle to resolve this action in its entirety and intend to file a dismissal within __45__ days.

Date:  3/10/2020

Signed: /s/ Irene Karbelashvili
_____
Attorney for Plaintiff(s)

Signed: /s/ Bruce Neilson
_____
Attorney for Defendant(s)

Signed: /s/ Sara Allman
_____
Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*