**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN RODGERS,<br>    Plaintiff,<br>vs.<br>BGD CORP., a California corporation dba BOMBAY GARDEN INDIA CUISINE; VERNE D. HELM and JENNY LOUIE-HELM in their individual capacity and representative capacity as Trustees of the LOUIE-HELM LIVING TRUST; and DOES 1-10, Inclusive,<br>    Defendants. | Case No. 19-cv-06314-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff JOHN RODGERS and Defendants BGD CORP., a California corporation dba BOMBAY GARDEN INDIA CUISINE; and JENNY LOUIE-HELM in her individual capacity and representative capacity as Trustee of the LOUIE-HELM LIVING TRUST, stipulate and request pursuant to Fed. R. Civ. P. 41(a)(2) that this action be dismissed in its entirety with prejudice with plaintiff bearing his own attorney fees, costs, and litigation expenses and BGD CORP., a California corporation dba BOMBAY GARDEN INDIA CUISINE bearing attorney fees, costs and litigation expenses of all the defendants. The parties request that the Court retain jurisdiction over their settlement agreement.in accordance with General Order No. 56.

                Respectfully submitted,

Dated: June 17, 2020     /s/ Irakli Karbelashvili
                         Irakli Karbelashvili, Attorney for Plaintiff
                         JOHN RODGERS

Dated: June 17, 2020     *Sara Allman*
                         Sara Allman, Attorney for Defendant
                         JENNY LOUIE-HELM, Trustee

Dated: June 17, 2020     /s/ Bruce Neilson
                         Bruce Neilson, Attorney for Defendant
                         BGD CORP

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                /s/ Irakli Karbelashvili
                Irakli Karbelashvili

## [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with plaintiff bearing his own attorney fees, costs, and litigation expenses and BGD CORP., a California corporation dba BOMBAY GARDEN INDIA CUISINE bearing the attorney fees, costs and litigation expenses of the all the defendants. The Court retains jurisdiction over the parties' settlement agreement. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Date: June 22, 2020

_____
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*